| | |
|---|---|
| BYRON BREEZE, JR., on behalf of himself and all others similarly situated,<br><br>                        Plaintiff,<br><br>vs.<br><br>RIVIERA HOTEL CORP., a New Jersey corporation,<br><br>                        Defendant. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO. 2:20-CV-01163<br><br>HON. JOHN MICHAEL VAZQUEZ, U.S.D.J.<br>HON. STEVEN C. MANNION, U.S.M.J.<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

It appearing that counsel for the parties consent to the entry of this Order as indicated by their signatures below; and no class having been certified in this matter pursuant to Federal Rule of Civil Procedure 23; and good cause appearing;

IT IS on this __13th__ day of April 2020;

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a), this matter is hereby dismissed with prejudice.

                                                    _____
                                                    HON. JOHN MICHAEL VAZQUEZ, U.S.D.J.

The undersigned hereby consent to
the form and entry of the within Order.

| | |
|---|---|
| _/s/ Erik M. Bashian_<br>Erik M. Bashian, Esq.<br>Bashian & Papantoniou, P.C.<br><br>Attorneys for Plaintiff<br>Byron Breeze, Jr. | _/s/ Michael P. O'Mullan_<br>Michael P. O'Mullan, Esq.<br>Riker, Danzig, Scherer,<br>  Hyland & Perretti, LLP<br><br>Attorneys for Defendant<br>Riviera Hotel Corp. |